DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Branks<br><br>Case below:<br>184 N.C. App. —<br>(19 June 2007) | No. 344P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1394) | Denied<br>10/11/07 |
|---|---|---|---|
| State v. Braxton<br><br>Case below:<br>183 N.C. App. —<br>(1 May 2007) | No. 259P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-848) | Denied<br>10/11/07 |
| State v. Brockett<br><br>Case below:<br>185 N.C. App. —<br>(7 August 2007) | No. 448P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1005) | Denied<br>11/08/07 |
| State v. Byrd<br><br>Case below:<br>185 N.C. App. —<br>(4 September 2007) | No. 499A07 | 1. Def's NOA (Dissent) (COA06-1368)<br><br>2. Def's PDR as to Additional Issues | 1. —<br><br>2. Allowed<br>11/08/07 |
| State v. Campbell<br><br>Case below:<br>186 N.C. App. —<br>(18 September 2007) | No. 487P07 | AG's Motion for Temporary Stay<br>(COA06-1043) | Allowed<br>**10/04/07** |
| State v. Campbell<br><br>Case below:<br>151 N.C. App. 749 | No. 300P07 | Def's Motion for "Petition for Plain<br>Error Review Pursuant to N.C. 7A-28"<br>(COA01-1301) | Dismissed<br>10/11/07 |
| State v. Caple<br><br>Case below:<br>185 N.C. App. —<br>(4 September 2007) | No. 437A05-2 | 1. AG's NOA (Dissent)<br><br>2. AG's Motion for Temporary Stay<br>(COA04-860-2)<br><br>3. AG's Petition for Writ of Supersedeas | 1. —<br><br>2. Allowed<br>**09/21/07**<br><br>3. Allowed<br>10/11/07<br><br>**Hudson, J.,<br>Recused** |
| State v. Carter<br><br>Case below:<br>183 N.C. App. —<br>(5 June 2007) | No. 318P07 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA06-857)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. 7A-31 | 1.—<br><br>2. Allowed<br>11/08/07<br><br>3. Denied<br>11/08/07 |
| State v. Carter<br><br>Case below:<br>185 N.C. App. —<br>(4 September 2007) | No. 483P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA07-324) | Denied<br>11/08/07 |